IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PLASTIC SURGERY CENTER OF PENNSYLVANIA | ) ) ) |
| v. | ) No. 13-208 Erie |
| HM HEALTH INSURANCE COMPANY, d/b/a HIGHMARK HEALTH INSURANCE COMPANY d/b/a HIGHMARK BLUE CROSS SHIELD | ) ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

AND NOW, to-wit, this 1ST day of August, 2013, it is hereby ORDERED that pursuant to 28 U.S.C. § 455 the undersigned recuses from this case and the Clerk is directed to reassign this case appropriately.

_Maurice B Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge